# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT M. IRWIN, | ) |
| Plaintiff, | ) Case No. 2:10-cv-01632-KJD-PAL |
| vs. | ) **ORDER** |
| AMERICAN SHOOTERS SUPPLY, *et al.*, | ) |
| Defendants. | ) |

This matter is before the court on Defendant Ernest E. Beckwith's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint (Dkt. #1) in this matter was filed September 22, 2010. Defendant Ernest E. Beckwith filed his Answer (Dkt. #8) October 18, 2010. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, Defendant Beckwith has failed to comply. Accordingly,

**IT IS ORDERED** Defendant Beckwith shall file his Certificate as to Interested Parties, which fully complies with LR 7.1-1 **no later than 4:00 p.m., November 16, 2010.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

Dated this 2nd day of November, 2010.

_____
Peggy A. Leen
United States Magistrate Judge