# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT M. IRWIN, | ) |
| Plaintiff, | ) Case No. 2:10-cv-01632-KJD-PAL |
| vs. | ) **ORDER** |
| AMERICAN SHOOTERS SUPPLY, *et al.,* | ) |
| Defendants. | ) |

This matter is before the court on the parties' failure to file a proposed stipulated Discovery Plan and Scheduling Order. The Complaint (Dkt. #1) in this matter was filed September 22, 2010. Defendant Ernest E. Becksith filed his Answer (Dkt. #8) October 18, 2010. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated Discovery Plan and Scheduling Order. To date, the parties have not complied. Accordingly,

**IT IS ORDERED:**

1. The following discovery plan and scheduling order dates shall apply:

    a. The parties shall meet and/or confer as required by Fed. R. Civ. P. 26(f) not later than **4:00 p.m.**, **December 21, 2010**.

    b. Last date to complete discovery: **April 15, 2011.**

    c. Last date to amend pleadings and add parties: **January 15, 2011.**

    d. Last date to file interim status report: **February 14, 2011.**

    e. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **February 14, 2011.**

    f. Last date to disclose rebuttal experts: **March 16, 2011.**

   g. Last date to file dispositive motions: **May 15, 2011.**

   h. Last date to file joint pretrial order: **June 14, 2011**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

2. The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

3. Applications to extend any dates set by this discovery plan and scheduling order shall, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension. All motions or stipulations to extend discovery shall be received no later than **4:00 p.m., March 26, 2011,** and shall fully comply with the requirements of LR 26-4.

Dated this 7th day of December, 2010.

_____
Peggy A. Leen
United States Magistrate Judge